IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDA SONDESKY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **CHERRY SCAFFOLDING, INC., ET. AL.** | : | **NO.  2016-5667** |

## CIVIL JUDGMENT

**AND NOW**, this **6th day** of **June, 2019**, in accordance with the jury's **06-05-2019** answers to the interrogatories on the verdict sheet,

**IT IS ORDERED** that Judgment is entered in favor of the plaintiff Linda Sondesky in the amount of $1,000.00 and against the defendants Cherry Scaffolding, Inc., Et. Al.

BY THE COURT:


ATTEST:  **S/James F.G.  Scheidt**
*Deputy Clerk*


Civ 1 (3/18)

**Copies ecmf _____ to:**          **Copies mailed _____ to:**