UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 19-2899 & 19-2900
_____

LINDA SONDESKY

v.

CHERRY SCAFFOLDING INC.; STEPHEN ELLIS,
      Appellants in No. 19-2899

STEPHEN EDWARD ELLIS,
      Appellant in No. 19-2900
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civ. Nos. 2-16-05667, 2-17-04280)
District Judge: Honorable Anita B. Brody
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
December 14, 2020
_____

Before: GREENAWAY, JR., SHWARTZ, and FUENTES, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was submitted pursuant to Third

Circuit L.A.R. 34.1(a) on December 14, 2020.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this

Court that the judgments of the District Court entered on August 14, 2019 are hereby

AFFIRMED. Costs will be taxed against Appellants. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 13, 2021

**Certified as a true copy and issued in lieu of a formal mandate on** 10/05/2021

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**